THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v LYNETTE CABAN, Respondent.

Submitted July 27, 2009; decided August 27, 2009

Reported below, 51 AD3d 455.

Motion for assignment of counsel granted and Steven Banks, Esq., the Legal Aid Society, 199 Water Street, New York, NY 10038 assigned as counsel to the respondent on the appeal herein.